Núm. 8327.—Sucn. Astacio, et als., apltes. *v.* Sucn. Nicot, et als., apldos.—C. D. Ponce. ▮▮▮▮▮▮▮ Abril 24, 1941.
(Por la Corte, a propuesta del Juez Asociado Sr. Travieso.)

Vista la moción de la parte apelada para que se desestime el recurso por no haber sido éste proseguido con la debida diligencia; y visto también el escrito de oposición radicado por los apelantes, en el que exponen las causas o motivos que han tenido para no radicar a su debido tiempo la transcripción de la evidencia.

La corte, en uso de su discreción, declara sin lugar la moción de desestimación, reservando a los apelados el derecho a reproducir dicha moción si los apelantes no radicaren en la secretaría de este tribunal, en o antes del día 31 de mayo de 1941, la transcripción de la evi-

dencia y demás documentos que fueren necesarios para perfeccionar la apelación, acompañados del alegato para sostenerla, con la advertencia de que el término que por la presente se concede a los apelantes es improrrogable.